FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAY 17 2021   ★

LONG ISLAND OFFICE

To: HONORABLE JUSTICE A. KATHLEEN TOMLINSON

From: MILO TYLER

RE: Tyler V. Petersen, 20-CV-6186 (JMA)(AKT)

This is Plaintiff response to the ORDER by the Honorable A. KATHLEEN TOMLINSON, Magistrate Judge, written and ORDERED on May 5, 2021, which the Plaintiff received on May 11, 2021.

I apologize from writing on front and back of papers but paper and supplies are very limited.

With all due respect the Plaintiff is requesting for an extension of time to comply with the ORDER as well as opposing the ORDER for the following reasons:

1) Plaintiff is currently involved in conversation with an Attorney whom is contemplating representing him in the instant Claim. Mr. Tyler has an interview with her sometime between May 17, 2021 and May 24, 2021 depending on which day she will have extra time available to come to the jail to visit and discuss the case. Those are the dates she stated she'll visit.

2) Plaintiff is requesting, in the alternative, for the Courts to appoint him an Attorney to assist with Prosecuting his claim. He contends he is a layman in matters of the Law. Mr. Tyler further asserts that he has very severe legally cognizable injuries that occurred while in the custody of both the Suffolk County Police Department and Corrections

Department. It is without question that Mr. Tyler has a very solid claim in which he is highly likely to succeed in recovering damages and proving the defendants fault and/or negligence that led to the injuries he's sustained. This should be excellent grounds for the Court to appoint an Attorney to assist him.

3) Mr. Tyler has submitted pleadings to the Court that he has yet to receive any responses accepting or denying them. He is referring to his previous and recent request to be appointed an Attorney by the Court and the filing of his Writ of Habeas Corpus. Plaintiff is requesting any ORDERS in regards to both of these requests to be sent to him.

4) Defendants are devising multiple efforts to thwart Mr. Tyler's ~~access~~ ability to access the Law Library to ~~pre~~ purposely prevent him from ~~prosecuting~~ effectively Prosecuting his civil claim against their constituents. Mr. Tyler submits multiple requests to attend Law Library but they don't call him; he submits multiple requests for copies but they deny him telling him he is asking for too many copies; he is only afforded 1 hour per week (which is sorely not enough time) on the days they actually call him, however, the jail and medical staff will not provide him with the necessary medical equipment needed for him to ambulate approx. 100 Yards to the Law Library. Mr.

Tyler is experiencing severe pain in his leg, knee and chin when walking, he has not walked a long distance using his left leg without the assistance of a walker or wheelchair for the past 8 months, his muscle in his leg is completed decimated and he hops on one leg when on his recreation in which he cannot hop for long due to the pain it causes in his good knee and ankle, but they'll provide him a wheelchair to go to his Doctors appointments, counsel visits and Court dates so that the professional people can believe they're treating him properly and with care. The jail has officers who are fabricating saying that they see him walking in his cell when he is actually hopping. The Doctors believe he is malingering the same way the Doctors believed he was malingering when he cried, begged and pleaded to the Head Doctor to send him to the hospital because his jaw was broken after officers assaulted him and after he explicitly expressed to the Doctor that he couldn't move his jaw at all AND the Doctor observed his chin bleeding profusely from the blunt force, his teeth loose AND bleeding profusely as well along with a broken jaw in 3 places and the most SENIOR DOCTOR still sent him back to his cell albeit without any treatment or pain meds whatsoever, not even a Tylenol.

    5) Mr. Tyler does not presently have the requisite supplies to write the requested information to the Court. The jail DOES NOT supply him with paper, pens, copies or any stationery to

assist him in prosecuting his claim even though they know he has been an indigent (no funds) inmate for the entire time he's been incarcerated and their rule book states they're obligated to provide the supplies. It will take him a few weeks to sell his food so that he can get another inmate to buy him more stationary to prepare the requested pleadings. Mr. Tyler is experiencing extremely harsh conditions of confinement.

6) Plaintiff will prepare whatever he can with whatever stationary he can borrow in the event his request for extension is denied whereas he will then submit whatever he's prepared so far.

7) Plaintiff will currently have a very difficult time providing the exact list of exhibits due to the fact that many of his exhibits were already submitted to the Courts when he was unable to make copies for his records due to the same aforementioned thwarting of his Law Library access mentioned in paragraph 4 above.

8) PLAINTIFF RESPECTFULLY OPPOSES the ORDER requesting for a written narrative of what he anticipates presenting at trial through the ~~documents~~ documentary evidence because he believes that if he is ~~forced~~ compelled to reveal the nature of his case any further than he has in his specifically detailed claim it will assist the defense in tampering with, contriving or forging documents of discovery PRIOR to Mr. Tyler having the opportunity to review the authentic copies of the ORIGINAL documents. If defendants

PAGE 5 of 5

Know exactly how Mr. Tyler plans to utilize his discovery documents they can easily dispose, manipulate and forge new documents to specifically and legally controvert Mr. Tyler's accusations. Mr. Tyler believes he has provided a very pellucid and detailed description of the events and matters of his case for the defendants to know the EXACT allegations he intends to offer at trial.

   I apologize but I am completely out of paper and do not have access to the Law Library to make copies to send a copy to the defendants Attorney or to even have a copy for my personal records.

Respectfully Submitted

Milo D. Tyler



Milo Tyler Tern, 3
C/O Suffolk County Jail
110 Center Drive
Riverhead, N.Y. 11901

Clerk of the Court
United States District Court
Eastern District of New York
Court Room #
100 Federal Plaza
Central Islip, N.Y. 11722-9014

MID-ISLAND NY 117
14 MAY 2021 PM 6 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 17 2021

LONG ISLAND OFFICE

11722-443800