**COUNTY OF SUFFOLK**

**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**Dennis M. Cohen**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

January 20, 2023

Hon. James M.Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Tyler v. Shawn Petersen, et al.*
20-CV-06186(JMA)(JMW)

Dear Judge Wicks:

I am an Assistant County Attorney for the County of Suffolk and have been recently assigned to represent the Suffolk County Defendants in the above-captioned matter. Earlier today, I filed a notice of appearance on the matter. The case was formerly assigned to Assistant County Attorney Brian C. Mitchell who is no longer with our office. On behalf of the County Defendants, the undersigned respectfully requests permission to terminate Mr. Mitchell from the docket and all future notices.

I thank the Court in advance in anticipation of your cooperation.

Very truly yours,

Dennis M. Cohen
Suffolk County Attorney

/s/ Stacy A. Skorupa
By: Stacy A. Skorupa
Assistant County Attorney