| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>-----------------------------------------------------------------x<br>MILO D. TYLER,<br><br>Plaintiff,<br>-against-<br><br>OFFICER SHAWN PETERSEN, individually and in his official capacity as a police officer of the SUFFOLK COUNTY POLICE DEPARTMENT, THE SUFFOLK COUNTY POLICE DEPARTMENT, JOHN DOE #1-15, JANE DOE #1-2, SERGEANT DONALD SHERILL, SHERIFF ERROL D. TOULON and WARDEN MICHAEL J. FRANCHI, individually and in their official capacities as Corrections Officers and/or employees of the SUFFOLK COUNTY SHERIFF'S OFFICE, THE SUFFOLK COUNTY SHERIFF'S OFFICE, SUFFOLK COUNTY DISTRICT ATTORNEY RAY TIERNEY, individually and in his official capacity as District Attorney of the SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE and the COUNTY OF SUFFOLK,<br><br>Defendant(s).<br>-----------------------------------------------------------------x | **NOTICE OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>**Civil Action No.:**<br><br>**2:20-cv-06186-JMA-JMW** |

**PLEASE TAKE NOTICE**, that upon the Affirmation of Ezra B. Glaser, Esq., on behalf of EZRA B. GLASER AND ASSOCIATES, attorneys for Plaintiff, the accompanying Declaration in Support of the Motion and the pleadings herein, Plaintiff's counsel, EZRA B. GLASER, will move this Court, before the Hon. James M. Wicks, United States Magistrate Judge, for an order allowing the attorneys, EZRA B. GLASER ESQ. and EZRA B. GLASER AND ASSOCIATES to be relieved as counsel for the Plaintiff, MILO D. TYLER, pursuant to the Federal Rules of Civil Procedure (hereinafter "FRCP") and Local Rule 1.4 of the Southern and Eastern Districts of New York.

Dated: Brooklyn, New York
March 31, 2025

*Ezra B. Glaser*

EZRA B. GLASER & ASSOCIATES &
EZRA B. GLASER, ESQ
(EG 3953)
Attorneys for the Plaintiff
MILO D. TYLER
3021 Fort Hamilton Parkway
Brooklyn, New York 11218
(212) 385-9300
email: ezra@ebgassociates.com

TO: Milo D. Tyler
2177 5th Avenue (Apt. 2D)
New York, New York 10037
(via Priority Mail Service and email to milodanieltyler@gmail.com)

Stacy Ann Skorupa (via ECF)
Assistant County Attorney
Suffolk County Law Department