**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

MILO D. TYLER,

Plaintiff,

-against-

OFFICER SHAWN PETERSEN, individually and in his official capacity as a police officer of the SUFFOLK COUNTY POLICE DEPARTMENT, THE SUFFOLK COUNTY POLICE DEPARTMENT, JOHN DOE #1-15, JANE DOE #1-2, SERGEANT DONALD SHERILL, SHERIFF ERROL D. TOULON and WARDEN MICHAEL J. FRANCHI, individually and in their official capacities as Corrections Officers and/or employees of the SUFFOLK COUNTY SHERIFF'S OFFICE, THE SUFFOLK COUNTY SHERIFF'S OFFICE, SUFFOLK COUNTY DISTRICT ATTORNEY RAY TIERNEY, individually and in his official capacity as District Attorney of the SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE and the COUNTY OF SUFFOLK,

Defendants.

.

-----------------------------------------------------------------------x

**DECLARATION IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**

**2:20-cv-06186-JMA-JMW**

EZRA B. GLASER, of Ezra Glaser & Associates, an attorney duly licensed to practice in the United States District Court, Southern District ,and the courts of this state, with offices at 3021 Fort Hamilton Parkway, Brooklyn, New York, does declare the following under the penalties of perjury:

1. Your Declarant is the Senior Attorney in the law firm of EZRA B. GLASER & ASSOCIATES, who has previously served as the attorneys for the Plaintiff, MILO D. TYLER, and, as such, am fully familiar with the facts and circumstances herein.

2. Your Declarant submits this Declaration in Support of the within Motion of Plaintiff's Counsel to be relieved pursuant to the the Federal Rules of Civil Procedure (hereinafter "FRCP") and Local Rule 1.4 of the Southern and Eastern

Districts of New York.

3. This office is not asserting any retaining or charging lien in this matter.

4. Annexed hereto is the Affirmation of Ezra B. Glaser in support of the present motion to be relieved.

Dated: Brooklyn, New York
March 31, 2025

Ezra B. Glaser
_______________________
Ezra B. Glaser & Associates &
Ezra B. Glaser, Esq. (EG3953)
Attorneys for the Plaintiff
MILO D. TYLER
3021 Fort Hamilton Parkway
Brooklyn, New York 11218
(212) 385-9300

TO: JAMES GREENBERG, Esq.
240 Kent Avenue, Suite B13
Brooklyn, New York 11249
(Via ECF Filing)

KENNEDY'S CMK LAW FIRM
Attorneys for Defendant,
HARBOR EXPRESS, LLC
570 Lexington Avenue, 8th Floor
New York, New York 10022
(Via ECF Filing)

RAWLE & HENDERSON, L.L.P.
Attorneys for the Defendant,
PAT SALMON AND SONS, INC.
240 North Third Street - 9th Floor
Harrisburg, PA 17101
(Via ECF Filing)