| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>-----------------------------------------------------------------x<br>MILO D. TYLER,<br><br>Plaintiff,<br>-against-<br><br>OFFICER SHAWN PETERSEN, individually and in his official capacity as a police officer of the SUFFOLK COUNTY POLICE DEPARTMENT, THE SUFFOLK COUNTY POLICE DEPARTMENT, JOHN DOE #1-15, JANE DOE #1-2, SERGEANT DONALD SHERILL, SHERIFF ERROL D. TOULON and WARDEN MICHAEL J. FRANCHI, individually and in their official capacities as Corrections Officers and/or employees of the SUFFOLK COUNTY SHERIFF'S OFFICE, THE SUFFOLK COUNTY SHERIFF'S OFFICE, SUFFOLK COUNTY DISTRICT ATTORNEY RAY TIERNEY, individually and in his official capacity as District Attorney of the SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE and the COUNTY OF SUFFOLK,<br>Defendant(s).<br>-----------------------------------------------------------------x | **<u>AFFIRMATION OF SERVICE BY MAIL AND EMAIL</u>**<br><br>**Civil Action No.: 2:20-cv-06186-JMA-JMW** |

**STATE OF NEW YORK** )
) ss:
**COUNTY OF KINGS** )

EZRA B. GLASER, of EZRA B. GLASER AND ASSOCIATES, with offices at 3021 Fort Hamilton Parkway, Brooklyn, New York do state the following under the penalties of perjury:

On March 31, 2025, I personally served one true copy of the within NOTICE OF MOTION TO BE RELIEVED AS COUNSEL, with annexed AFFIRMATION IN SUPPORT and DECLARATION **IN SUPPORT** of the motion in the within action upon by mailing the same via United States Postal Service, ***<u>priority mail service</u>*** in a postage prepaid envelope and depositing said envelope in a USPS postal facility or post office box, addressed to the Plaintiff, as set out below:

TO: Milo D. Tyler
2177 5th Avenue (Apt. 2D)
New York, New York 10037

On March 31, 2025, I also served the aforementioned NOTICE OF MOTION TO BE RELIEVED AS COUNSEL, with annexed AFFIRMATION IN SUPPORT and DECLARATION **IN SUPPORT** of the motion by email at email address milodanieltyler@gmail.com.

Dated: March 31, 2025
Brooklyn, New York

Ezra B. Glaser

EZRA B. GLASER, ESQ.

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

P

usps.com
$8.40
US POSTAGE
03/31/2025

9405 5301 0935 5126 4880 24 0084 0001 0001 0037

U.S. POSTAGE PAID
Click-N-Ship®

Mailed from 11218 880072057525155

PRIORITY MAIL®

EZRA B. GLASER & ASSOCIATES
EZRA B GLASER
APT 1R 1R
3021 FORT HAMILTON PKWY
BROOKLYN NY 11218-1667

04/02/2025
Flat Rate Envelope
RDC 03

C003

MILO D TYLER
APT 2D
2177 5TH AVE
NEW YORK NY 10037-3435

**USPS TRACKING #**

**9405 5301 0935 5126 4880 24**

Motion to Be Relie

Cut on dotted line.

## Instructions

1. **Please use a laser or laser-quality printer.**
2. **Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.**
3. **Place label so that it does not wrap around the edge of the package.**
4. **Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.**
5. **Please use this shipping label on the "ship date" selected when you requested the label.**
6. **If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.**

**9405 5301 0935 5126 4880 24**

**Print Date: 2025-03-31**
**Ship Date: 2025-03-31**

| | |
|---|---|
| **PRIORITY MAIL®** | **$8.40** |
| **Extra Services:** | **$0.00** |
| **Fees:** | **$0.00** |
| **Total:** | **$8.40** |

**From:** **EZRA B. GLASER & ASSOCIATES**
**EZRA B GLASER**
**APT 1R 1R**
**3021 FORT HAMILTON PKWY**
**BROOKLYN NY 11218-1667**

**To:**
**MILO D TYLER**
**APT 2D**
**2177 5TH AVE**
**NEW YORK NY 10037-3435**

*** Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.**

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*